1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Joyce Pamela Billings

7                **UNITED STATES DISTRICT COURT**

8              **EASTERN DISTRICT OF CALIFORNIA**

9

10  JOYCE PAMELA BILLINGS,            ) No. 2:18-cv-00935-DB
                                      )
11          Plaintiff,                ) STIPULATION AND ORDER FOR
                                      ) THE AWARD AND PAYMENT OF
12      vs.                           ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO THE EQUAL
13  ANDREW SAUL,                      ) ACCESS TO JUSTICE ACT, 28 U.S.C.
    Commissioner of Social Security,  ) § 2412(d) AND COSTS PURSUANT
14                                    ) TO 28 U.S.C. § 1920
            Defendant.                )
15                                    )
                                      )
16

17       TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE

18  OF THE DISTRICT COURT:

19       IT IS HEREBY STIPULATED by and between the parties through their

20  undersigned counsel, subject to the approval of the Court, that Joyce Pamela

21  Billings be awarded attorney fees and expenses in the amount of three thousand

22  one hundred fifty dollars ($3,150.00) under the Equal Access to Justice Act

23  (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount

24  represents compensation for all legal services rendered on behalf of Plaintiff by

25  counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920;

26  2412(d).

                                    -1-

1    After the Court issues an order for EAJA fees to Joyce Pamela Billings, the

2    government will consider the matter of Joyce Pamela Billings's assignment of

3    EAJA fees to Lawrence D. Rohlfing.  The retainer agreement containing the

4    assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521,

5    2529 (2010), the ability to honor the assignment will depend on whether the fees

6    are subject to any offset allowed under the United States Department of the

7    Treasury's Offset Program.  After the order for EAJA fees is entered, the

8    government will determine whether they are subject to any offset.

9    Fees shall be made payable to Joyce Pamela Billings, but if the Department

10   of the Treasury determines that Joyce Pamela Billings does not owe a federal debt,

11   then the government shall cause the payment of fees, expenses and costs to be

12   made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment

13   executed by Joyce Pamela Billings.[1]  Any payments made shall be delivered to

14   Lawrence D. Rohlfing.

15   This stipulation constitutes a compromise settlement of Joyce Pamela

16   Billings's request for EAJA attorney fees, and does not constitute an admission of

17   liability on the part of Defendant under the EAJA or otherwise.  Payment of the

18   agreed amount shall constitute a complete release from, and bar to, any and all

19   claims that Joyce Pamela Billings and/or Lawrence D. Rohlfing including Law

20   Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in

21   connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1    This award is without prejudice to the rights of Lawrence D. Rohlfing and/or

2    the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees

3    under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

4    DATE: September 25, 2019        Respectfully submitted,

5                                    LAW OFFICES OF LAWRENCE D. ROHLFING

6                                        /s/ *Lawrence D. Rohlfing*
                                BY:_____
7                                   Lawrence D. Rohlfing
                                    Attorney for plaintiff Joyce Pamela Billings
8

9    DATED: September 26, 2019
                                    MCGREGOR W. SCOTT
10                                   United States Attorney

11                                       /s/ *S. Wyeth McAdam*

12   _____
                                    S. WYETH MCADAM
13                                   Special Assistant United States Attorney
                                    Attorneys for Defendant ANDREW SAUL,
14                                   Commissioner of Social Security
                                    (Per e-mail authorization)

15

16                                      **ORDER**

17       Pursuant to the parties' stipulation, IT IS SO ORDERED.

18   DATED:  October 11, 2019                    /s/ DEBORAH BARNES
                                                 UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

                                        -3-